IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-1880-MSK-SKC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. 11787 PLEASANT VIEW RIDGE, LONGMONT, COLORADO,
2. $14,996.00 IN UNITED STATES CURRENCY,
3. 9032 SHENANDOAH AVENUE, FIRESTONE, COLORADO,
4. 5808 WEST CONSERVATION DRIVE, FREDERICK, COLORADO,
5. $2,600.00 IN UNITED STATES CURRENCY,

       Defendants.

## UNITED STATES' MOTION TO UNRESTRICT DOCUMENTS

COMES NOW Plaintiff United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, and respectfully moves this Court to enter an Order unrestricting the *Verified Complaint for Forfeiture In Rem,* and related Motion to Restrict.

    1.    On July 25, 2018, the Government requested a "Level 2" restriction which would make the Complaint, and any order regarding the contents of the Complaint, "Viewable by Filer & Court." (Doc. 2).

    2.    On February 27 2019, the Court granted the Government's motion to restrict the Complaint. (Doc. 19).

3.     At this time, the United States believes there is no longer a risk to the investigation, to related investigations, or of destruction of evidence or tampering of witnesses.

WHEREFORE, the United States respectfully requests that the *Verified Complaint for Forfeiture In Rem* and related Motion to Restrict be unrestricted.

DATED this 3rd day of April 2020.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

By: s/ *Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: tonya.andrews@usdoj.gov
    *Attorney for the United States*