IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-1880-SKC

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. 11787 PLEASANT VIEW RIDGE, LONGMONT, COLORADO,
2. **$14,996.00 IN UNITED STATES CURRENCY**,
3. 9032 SHENANDOAH AVENUE, FIRESTONE, COLORADO,
4. 5808 WEST CONSERVATION DRIVE, FREDERICK, COLORADO,
5. **$2,600.00 IN UNITED STATES CURRENCY**;

  Defendants.
_____

## FINAL JUDGMENT

  Pursuant to and in accordance with Fed. R. Civ. P. 55(a) and the *Default and Final Order of Forfeiture for Certain Defendant Assets* entered by the Honorable Judge S. Kato Crews, the following JUDGMENT is hereby entered:

  1. Forfeiture is hereby entered in favor of the United States, pursuant to 21 U.S.C. § 881, including all right, title, and interest, for the following defendant assets:

    a. $14,996.00 in United States currency

    b. $2,600.00 in United States currency

  2. The United States shall have full and legal title as to the certain defendant assets and may dispose of said assets in accordance with law; and

  3. The *Final Order of Forfeiture* shall serve as a Certificate of Reasonable Cause as to defendant assets under 28 U.S.C. § 2465.

DATED at Denver, Colorado this 7th day of December, 2020.

                    JEFFREY P. COLWELL
                    Clerk of the U.S. District Court


          By: s/ A. Montoya_____
               Deputy Clerk