IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-1880-SKC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  11787 PLEASANT VIEW RIDGE, LONGMONT, COLORADO,
2.  $14,996.00 IN UNITED STATES CURRENCY,
3.  9032 SHENANDOAH AVENUE, FIRESTONE, COLORADO,
4.  5808 WEST CONSERVATION DRIVE, FREDERICK, COLORADO,
5.  $2,600.00 IN UNITED STATES CURRENCY,

        Defendants.

## STATUS REPORT – SEPTEMBER 3, 2021

        COMES NOW the United States of America (the "United States"), by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Tonya S. Andrews, and pursuant to Judge Crews' Order dated August 31, 2021, hereby files a status report, stating the following:

        1.      On July 25, 2018, the United States filed a *Verified Complaint for Forfeiture In Rem* against the defendant assets.  The complaint was filed under restriction because revealing the facts contained therein could jeopardize the on-going investigation.  (Doc. 3).

        2.      On April 3, 2020, believing there was no longer a risk to the investigation, the United States moved to un-restrict the case and all related documents.  (Doc. 21).

On April 3, 2020, the Court granted the *United States' Motion to Unrestrict Documents*. (Doc. 22).

3. On April 14, 2020, the United States filed a motion to substitute defendant 11787 Pleasant View Ridge for $90,576.60 in United States currency, and defendant 9032 Shenandoah Avenue for $374,462.43 in United States currency.  (Doc. 23).  On October 23, 2020, the Court granted the motion.  (Doc. 38).

4. On April 20, 2020 and August 13, 2020, the United States sent *Notice of Complaint for Forfeiture* and *Second Notice of Complaint for Forfeiture* to all known interested parties, via regular and certified mail.  (Docs. 24 and 31).

5. On June 15, 2020, claimant Qi Yang, through counsel Kimberly A. Bruetsch, filed a claim asserting their interest in substitute asset $90,576.60 in United States currency, which was derived from the sale of defendant 11787 Pleasant View Ridge.  (Doc. 26).

6. On June 15, 2020, claimant Tung Fai Wong, through counsel Harvey A. Steinberg, filed a claim asserting their interest in substitute asset $374,462.43 in United States currency, which was derived from the sale of defendant 9032 Shenandoah Avenue.  (Doc. 27).

7. On September 21, 2020, claimant Moran Yang, through counsel Jeralyn E. Merritt, filed a claim asserting their interest in defendant 5808 West Conservation Drive.  (Doc. 33).

8. On December 7, 2020, a *Default and Final Order of Forfeiture for Certain Defendant Assets* entered, forfeiting to the United States, defendant $14,996.00 in United States currency and defendant $2,600.00 in United States currency. (Doc. 43).

9. The United States has been in contact with all parties in this case and has also sent a proposed settlement agreement to all parties. The parties remain in current settlement negotiations.

10. Further, on September 2, 2021, after this Court's request for a status report, the United States reached out to counsel on their position on wanting additional time to finalize settlement discussions or asking the Court for a scheduling conference at this time. Each claimant, through counsel, requested additional time to engage in settlement discussions on their respective claims. Accordingly, the United States would request additional time to attempt to settle these claims and does not request a Scheduling Conference at this time.

DATED this 3rd day of September 2021.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/ Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
Email: tonya.andrews@usdoj.gov
*Attorney for the United States*